# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY KIRBY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1228-Orl-31DAB**

**SIEMENS CORPORATION EMPLOYEE WELFARE BENEFIT PLAN; SIEMENS CORPORATION PORTABLE TERM LIFE INSURANCE BENEFIT PLAN; and METROPOLITAN LIFE INSURANCE COMPANY,**

        **Defendants.**

_____

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter because a defendant is represented by my former law firm, in which my wife is a shareholder. The Clerk is directed to reassign this case to another Judge of this court.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 20, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record